UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80429-CIV-RYSKAMP/VITUNAC

SEYMOUR SAMSON and DARLENE
SAMSON,

        Plaintiff,

v.

NATIONAL ACTION FINANCIAL
SERVICES, INC.,

        Defendant.
_____/

## ORDER DISMISSING PLAINTIFFS' COMPLAINT FOR FAILURE TO SUBMIT JOINT SCHEDULING REPORT

THIS CAUSE is before the Court *sua sponte*. Plaintiffs filed their Complaint **[DE 1]** on April 22, 2008. On July 18, 2008, this Court issued an Order to Show Cause **[DE 7]** why the parties have failed to submit a Scheduling Report and Joint Proposed Scheduling Order. The plaintiffs have neither responded to the Order to Show Cause nor filed a Scheduling Report and Joint Proposed Scheduling Order. For this reason, and pursuant to Local Rule 16.1, it is hereby

ORDERED AND ADJUDGED that plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 15 day of August, 2008.

                                    /s/ Kenneth L. Ryskamp
                                   KENNETH L. RYSKAMP
                                   UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record